SAMUEL P. DAUCHY et al., Appellants, *v.* WILLIAM H. TUTT, Respondent.

(Argued March 15, 1886; decided March 26, 1886.)

*Samuel D. Morris* for appellants.

*Maston Niles* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.